**IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BETHANY ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-01725 |
| | ) | |
| v. | ) | Honorable Edmond E. Chang. |
| | ) | Magistrate Judge Gabriel A. Fuentes |
| REED CONSTRUCTION CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above-entitled matter hereby stipulate and agree that this action, including all claims of Plaintiff, shall be dismissed with prejudice, with each party to bear her or its own costs and attorneys' fees.

DATED: November 1, 2022

Respectfully submitted:


*/s/ Diana C. Servos*
Diana C. Servos
S.T. Legal Group
1020 Milwaukee Avenue, Suite 335
Deerfield, Illinois 60015
847-654-9200
dservos@stlegalgroup.com

*/s/ Kearney W. Kilens*
Kearney W. Kilens
Inessa S. Holly
Litchfield Cavo LLP
303 W. Madison St, Suite 300
Chicago, IL 60606
(312) 781-6686 (Kilens)
(312) 781-6621 (Holly)
Kilens@LitchfieldCavo.com
Holly@LitchfieldCavo.com